AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Eastern  District of  Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.    26-186 |
| | ) |
| | ) |
| MARC ADAM WILSON | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  MARC ADAM WILSON                                                           ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
18:111(a)(1) - FORCIBLY, ASSAULTING, RESISTING, OPPOSING, IMPEDING, INTIMIDATING, AND INTERFERING WITH AN OFFICER OF THE UNITED STATES, WHILE THE OFFICER WAS ENGAGED IN THE PERFORMANCE OF HIS OFFICIAL DUTIES

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Date:  04/23/2026                    Mark Ciamaichelo, Deputy Clerk
                                     *Issuing officer's signature*

City and state:  Philadelphia, PA           George V. Wylesol, Clerk of Court
                                            *Printed name and title*

### Return

This warrant was received on *(date)*  4/23/2026 , and the person was arrested on *(date)*  5/4/2026
at *(city and state)*  Prospect Park, PA .

Date:  5/4/2026                         *Arresting officer's signature*

                                        TASK Force Officer  CHAd Strickland
                                        *Printed name and title*